| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Coyle, Robert E | 2. Court or Organization Eastern District of California | 3. Date of Report 5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge, Senior | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1130 O Street, Rm. 5116 Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 10 A 10: 34 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  .- (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▮Fig orchard, Fresno County, CA | | None | | | Sell | 3/23 | N | G | Assemi Devel. |
| 2. ▮acres Academy, Fresno County, CA | | None | M | W | | | | | |
| 3. ▮Cayucos home, San Luis Obispo County, CA | D | Rent | O | W | | | | | |
| 4. ▮Wachovia Securities IRA (name change from Everen) | A | Dividend | O | T | | | | | |
| 5. ▮Cabin, Central Camp, Madera County, CA | | None | L | W | | | | | |
| 6. ▮Kerman Vineyards (int. in vines), Fresno County, CA | | None | | | Sell | 1/8 | L | E | Unknown |
| 7. ▮Central Valley Dev. Co. | | None | J | W | | | | | |
| 8. 1/15 int. Amgen | | None | J | T | Buy more | 2/26 | J | | |
| 9. 1/15 int. Bristol Myers | A | Dividend | J | T | | | | | |
| 10. 1/15 int. British Petro. | A | Dividend | J | T | | | | | |
| 11. 1/15 int. Cisco Systems | | None | | | Sell | 4/22 | J | A | |
| 12. 1/15 int. CitiGroup Common Stock | A | Dividend | J | T | | | | | |
| 13. 1/15 int. Dell Common Stock | | None | J | T | | | | | |
| 14. 1/15 int. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 15. 1/15 int. Halliburton | A | Dividend | J | T | | | | | |
| 16. 1/15 int. Harley Davidson Common Stock | A | Dividend | J | T | Buy more | 3/25 | J | | |
| 17. 1/15 int. Hewlett Packard Common Stock | A | Dividend | | | Sell | 4/22 | J | | |
| 18. 1/15 int. Intel Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. 1/15 int. Jetblue Airways Corp. (omitted in 2003 report) | | None | | | Buy | 2003 | J | | |
| 20. 1/15 int. Jetblue Airways Corp. | | None | | | Sold | 2/26 | J | | |
| 21. 1/15 int. Medtronics | A | Dividend | J | T | | | | | |
| 22. 1/15 int. Microsoft Common Stock | A | Dividend | J | T | Sell part | 4/22 | J | | |
| 23. 1/15 int. Morgan Stanley common stock (formerly MSDW) | A | Dividend | J | T | | | | | |
| 24. 1/15 int. MSDWLAF | A | Interest | J | T | | | | | |
| 25. 1/15 int. Pfizer Common Stock | A | Dividend | J | T | Sell part | 10/28 | J | | |
| 26. 1/15 int. SBC | A | Dividend | J | T | | | | | |
| 27. 1/15 int. Target Common Stock | A | Dividend | J | T | Buy more | 3/28 | J | | |
| 28. 1/15 int. Tiffany | A | Dividend | J | T | | | | | |
| 29. 1/15 int. Electronic Arts | | None | J | T | Buy | 5/27 | J | | |
| 30. 1/15 int. General Motors | A | Dividend | J | T | Buy | 7/22 | J | | |
| 31. 1/15 int. Sun Microsystems | | None | J | T | Buy | 7/22 | J | | |
| 32. 1/15 int. MSC Ind'l. Direct, Class A | A | Dividend | J | T | Buy | 8/26 | J | | |
| 33. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 34. Schwab I (money market acct.) | A | Interest | J | T | | | | | |
| 35. Dodge & Cox Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less  F = $50,001-$100,000 | B = $1,001-$2,500  G = $100,001-$1,000,000 | C = $2,501-$5,000  H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000  H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less  N = $250,000-$500,000  P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000  O = $500,001-$1,000,000 | L = $50,001-$100,000  P1 = $1,000,001-$5,000,000  P4 = $More than $50,000,000 | M = $100,001-$250,000  P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal  U = Book Value | R = Cost (Real Estate Only)  V = Other | S = Assessment  W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 5/2/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Numbers 8 through 32 are shares of stock owned by ███████ investment club in which ███ owns a 1/15 share.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date May 2, 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544